■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE DAVIS, Appellant. [8 NYS3d 567]—Order, Supreme Court,

Bronx County (Seth L. Marvin, J.), entered on or about September 8, 2014, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of the motion in light of defendant's extensive criminal history and "chronic inability to control his behavior while at liberty" (*People v Correa*, 83 AD3d 555, 556 [1st Dept 2011], *lv denied* 17 NY3d 805 [2011]). Concur—Tom, J.P., Friedman, DeGrasse, Richter and Kapnick, JJ.